UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>v.<br><br>ROONEY SAHAI, et al.,<br><br>*Defendants*. | Civil Action No. 15-8796<br><br>ORDER |

**THIS MATTER** comes before the Court by way of Plaintiff United States of America's ("Plaintiff") Motion for Default Judgment against Defendants Rooney Sahai, the Rooney Sahai Irrevocable Family Trust, the Sahai Family Trust, and Susan M. Sahai (collectively, "Defendants"), Dkt. No. 22;

and it appearing Defendants subsequently filed an answer and obtained Plaintiff's consent to vacate default, Dkt. Nos. 23, 24;

**IT IS**, on this 27th day of January, 2017,

**ORDERED** that Plaintiff's Motion for Default Judgment is **DENIED** as moot.

*/s Madeline Cox Arleo*
**MADELINE COX ARLEO**
**United States District Judge**